MARC A. FENSTER (CA SBN 181067)
mfenster@raklaw.com
BRIAN D. LEDAHL (CA SBN 186579)
bledahl@raklaw.com
JACOB R. BUCZKO (CA SBN 269408)
jbuczko@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
ZEROCLICK, LLC

SCOTT F. LLEWELLYN (CA SBN 194553)
sllewellyn@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
shaelyndawson@mofo.com
CAMILA A. TAPERNOUX (CA SBN 299289)
ctapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff/Counterclaim Defendant,<br><br>  v.<br><br>ZEROCLICK LLC., a Texas limited liability company,<br><br>                Defendant/Counterclaimant | Case No.   4:20-cv-03898-JST<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** |

Plaintiff/Counterclaim-Defendant Apple Inc. and Defendant/Counterclaimant Zeroclick, LLC, (collectively, the "Parties") notify the Court that they have reached an agreement in principle settling all claims and counterclaims in this litigation. The Parties request a stay of all deadlines for thirty (30) days in order to formalize and sign settlement papers and satisfy the conditions for dismissal.  The Parties have agreed to stay all deadlines between them during the pendency of this Motion.

Accordingly, the Parties respectfully request that the Court grant a thirty (30) day stay of proceedings between them, including all deadlines, until September 11, 2020.  The Parties submit that good cause exists for granting this agreed motion, as set forth above.  The motion is not filed for the purposes of delay, but to effectuate settlement and prompt dismissal of this action.

Dated: August 13, 2020

RUSS, AUGUST & KABAT

By:  /s/ Brian D. Ledahl
     BRIAN D. LEDAHL

Attorneys for Plaintiff
ZEROCLICK, LLC

Dated: August 13, 2020

MORRISON & FOERSTER LLP

By:  /s/ Nathan B. Sabri
     NATHAN B. SABRI

Attorneys for Defendant
APPLE INC.

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest and confirm that all signatories of the above Supplemental Joint Case Management Statement concur in the filing of this document.

Dated: August 13, 2020                               By:   /s/ Brian D. Ledahl
                                                                    BRIAN D. LEDAHL